PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 2011163

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 16-20126-CR-MORENO

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Trevor Dorvil

Name of Sentencing Judicial Officer: The Honorable Federico A. Moreno, United States District Judge, Miami, Florida

Date of Original Sentence: December 8, 2016

Original Offense:    Count One: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), a Class C felony.

Original Sentence:   Eighteen months custody of the United States Bureau of Prisons, followed by three (3) years supervised release and $100.00 special assessment.

Type of Supervision: Supervised Release    Date Supervision Commenced: January 5, 2017

Assistant U.S. Attorney:                    Defense Attorney:

Daniel Cervantes                            Alexander John Michaels
99 Northeast 4th Street                     999 Ponce De Leon Boulevard
6th Floor                                   Suite #750
Miami, Florida 33132                        Coral Gables, Florida 33134
(305) 961-9031                              (305) 324-0547

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 4, 2018, in Miami Dade County, Florida, the defendant committed the offense of Assault/Aggravated/With a Deadly Weapon, contrary to Florida Statute 784.021(1)(A).

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 2011163

2.     **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 4, 2018, in Miami Dade County, Florida, the defendant committed the offense of Battery, contrary to Florida Statute 784.03(1)(A)1.

United States Probation Officer Recommendation:

The term of supervision should be  
☒   revoked.  
☐   extended for _____ years, for a total term of _____ years.  
☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2018

By: _Brandon H_    Brandon C. Harper  
                           Dec 18 2018 2:17 PM  
Brandon Harper  
United States Probation Officer    Lynell M. Fahie  
Office: (305) 523-5323                Dec 18 2018 1:27 PM  
Cellular: (305) 588-4889

---

THE COURT ORDERS:

☐   No Action  
☒   The Issuance of a Warrant  
☐   The Issuance of a Summons  
☐   Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

December 18, 2018  
_____  
Date