United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**
***Plaintiff,***

**v.** **MDFL NO. 3:19-mj-1353-PDB**
**SDFL NO. 16-20126**

**TREVOR DORVIL.,**
***Defendant.***

---

## Order of Detention Pending Final Revocation Hearing

Through a petition filed on December 20, 2018, the United States Probation Office out of the Southern District of Florida alleges the defendant violated his supervised release conditions. He waived his right to a detention hearing, reserving the right have the detention hearing in the Southern District of Florida. The Court found his waiver was knowingly, voluntarily, and intelligently made.

Because the defendant failed to satisfy his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community, *see* Fed. R. Crim. P. 32.1(a)(6), the Court orders him detained pending the final revocation hearing and **remands** him to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The Attorney General must provide him with reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3). On order of a federal court or request of an attorney for the United States, the person in charge of the corrections facility in which he is confined must deliver him to a United States

Marshal for an appearance for a court proceeding. *See* 18 U.S.C. 3142(i)(4).

**Ordered** in Jacksonville, Florida, on October 1, 2019

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Kevin Frein, Assistant United States Attorney
Susan Yazgi, Assistant Federal Defender
United States Marshal
United States Probation Office